# EXHIBIT A

 DLA Approved Independent Testing Laboratory

4207-1 Milgen Road, Columbus, GA  31907          Telephone:  844-309-6337          www.textest.com

|  |  |
|---|---|
| TexTesT Report: | 13273 |
| Date: | 6/16/2022 |
| Page: | 1 of  1 |

CLIENT:          **SHEEHAN & ASSOCIATES, P.C.**
                 60 Cuttermill Road
                 Great Neck, NY  11021

                 ATTN:  Spencer Sheehan

|  |  |  |  |
|---|---|---|---|
| SAMPLE IDENTIFICATION: | SAMPLE #1 | BROOKS BROTHERS EUROPE SRL<br>FITTED NON-IRON STRETCH | SHIRT<br>Made in Thailand |
|  | 97% Supima/3% Lycra Spandex | | |
|  | RN 93966 | | |
|  | 42237-00445   621221 961997  818141120  42112 00189343 | | |

FIBER ANALYSIS:
AATCC 20A*

|  | #1 | #2 | Average |
|---|---|---|---|
| Cotton | 90.43 % | 90.08 % | 90.25 % |
| Spandex | 9.57 % | 9.92 % | 9.75 % |

*Based on commercial weight regain

TEXTEST

*signed by*



DLA Approved Independent Testing Laboratory

4207-1 Milgen Road, Columbus, GA  31907          Telephone:  844-309-6337          www.textest.com

TexTesT Report:     13467
Date:                   8/3/2022
Page:                   1 of  3

CLIENT:                          **SHEEHAN & ASSOCIATES, P.C.**
                                 60 Cuttermill Road
                                 Great Neck, NY  11021

                                 ATTN:  Spencer Sheehan

| SAMPLE IDENTIFICATION: | BROOKS BROTHERS EUROPE SRL | SHIRT |
|---|---|---|
| | SAMPLE #1    FITTED NON-IRON STRETCH | Made in Thailand |

97% Supima/3% Lycra Spandex
RN 93966
42237-00445   621221 961997  818141120  42112 00189343

FITTED NON-IRON STRETCH

| FIBER LENGTH AND DISTRIBUTION ASTM D 5103 | | Length Group Lower Limit (in.) | Number of Fibers | Percent of Total | |
|---|---|---|---|---|---|
| | | 2.040 | 0 | 0 | |
| | | 1.920 | 0 | 0 | |
| | | 1.800 | 0 | 0 | |
| | | 1.680 | 0 | 0 | |
| | Extra Long | 1.560 | 1 | 1 | |
| | Long | 1.440 | 6 | 6 | Probability 25% |
| | Medium | 1.320 | 9 | 9 | Supima  Cotton |
| | Short | 1.200 | 14 | 14 | |
| | | 1.080 | 21 | 21 | |
| | | 0.960 | 21 | 21 | |
| | | 0.840 | 10 | 10 | |
| | | 0.720 | 8 | 8 | |
| | | 0.600 | 8 | 8 | |
| | | 0.480 | 1 | 1 | |
| | | 0.360 | 1 | 1 | |
| | | 0.240 | 0 | 0 | |
| | | 0.120 | 0 | 0 | |
| | | 0.000 | 0 | 0 | |
| | | | 100 | 100 | |

Total
Average Length           1.080 "
Standard Deviation         0.25 %
Coefficient of Variation   0.227 %
Maximum                  1.629 "
Minimum                  0.409 "

TexTesT Report:        13467
Date:                  8/3/2022
Page:                  2 of 3

SAMPLE IDENTIFICATION:      SAMPLE #1      BROOKS BROTHERS EUROPE SRL      SHIRT
                                          FITTED NON-IRON STRETCH       Made in Thailand
                           97% Supima/3% Lycra Spandex
                           RN 93966
                           42237-00445   621221 961997  818141120  42112 00189343



SUMMARY COMPARISON              1

Average Length inches           1.080
Std. Deviation                  0.245
Coefficient of Varation         0.227 %

American Pima Standard  1.2 to 1.48"
Supima Standard 1.25" to 1.56"
Egyptian ELS Std 1.5" to  2.5"
GIZA 87 93 Std. 1.4 to 1.45"
Short Fiber Content= Less the 0.5"







