Sheehan & Associates, P.C.    60 Cuttermill Rd Ste 412
                              Great Neck NY 11021

Spencer Sheehan               T (516) 268-7080
spencer@spencersheehan.com    F (516) 234-7800

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/5/2023__

January 4, 2023

District Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    1:22-cv-09223-AT
       Weeks v. Authentic Brands Group Inc.

Dear District Judge Torres:

This office represents the Plaintiff. In accordance with the Court's Individual Rules, Plaintiff, with consent of the Defendant, requests an extension of the Case Management Plan and Scheduling Order as well as the joint letter regarding case summary and consent to a magistrate judge conducting the proceedings ("the submissions") due on January 4, 2023 until March 20, 2023. ECF Nos. 5-7.

This action was filed on October 27, 2022. ECF No. 1. On January 4, 2023, Plaintiff filed a waiver of service setting Defendant's answer or responsive pleading due on March 6, 2023. ECF No. 8.

The parties respectfully request the deadline for the submissions to be March 20, 2023, two weeks after Defendant's response to the complaint is due, as this will allow the attorneys to become more familiar with the case to give a more accurate Case Management Plan and joint letter.

There have been no previous requests for the submissions. No previous request was granted or denied. Defendant consents to this request. The parties regret and apologize this request is not submitted at least 48 hours prior to the original compliance date. The parties were in negotiations for arrangement of Defendant to waive service of the summons and only agreed on the waiver today. This request does not affect any other scheduled dates.

Respectfully submitted,

/s/Spencer Sheehan

GRANTED.

SO ORDERED.

Dated: January 5, 2023
       New York, New York

ANALISA TORRES
United States District Judge