UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robin Weeks, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

Authentic Brands Group Inc.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/14/2023__

22 Civ. 9223 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated March 6 and 13, 2023. ECF Nos. 16–17. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **April 18, 2023**, Defendant shall file its motion;
3. By **May 9, 2023**, Plaintiff shall file her opposition; and
4. By **May 23, 2023**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: March 14, 2023
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge