UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robin Weeks, individually and on behalf of all others similarly situated,

                        Plaintiff,

-against-

Authentic Brands Group Inc.,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2023

22 Civ. 9223 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' proposed case management plan dated March 20, 2023. ECF No. 19-1. The Court will not stay discovery pending its decision on any motion. *See id.* ¶ 4. Further, the Court will not schedule fact discovery for more than 120 days absent unique complexities or other exceptional circumstances. *See id.* ¶ 6. And, the parties are required to select an alternative dispute resolution mechanism for use in this case. *See id.* ¶ 11. Accordingly, by **March 28, 2023**, the parties shall refile a proposed case management plan that complies with the Court's November 2, 2022 order, ECF No. 7, and the Court's Individual Practices and model Case Management Plan and Scheduling Order, which are available at https://nysd.uscourts.gov/hon-analisa-torres.

      SO ORDERED.

Dated: March 21, 2023
          New York, New York

                                                          ANALISA TORRES
                                          United States District Judge