UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robin Weeks, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

Authentic Brands Group Inc.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/19/2023__

22 Civ. 9223 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed protective order dated April 18, 2023, ECF No. 28. The Court shall not retain jurisdiction to enforce the order after the termination of litigation. *See id.* ¶¶ 25, 29. Accordingly, by **April 26, 2023**, the parties shall file a revised proposed protective order.

    SO ORDERED.

Dated: April 19, 2023
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge