UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robin Weeks, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

Authentic Brands Group Inc.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/10/2023
```

22 Civ. 9223 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 18, 2023, Defendant filed its motion to dismiss Plaintiff's complaint. ECF No. 25; see ECF Nos. 26–27. On May 9, 2023, Plaintiff filed an amended complaint. ECF No. 35. Accordingly, by **May 31, 2023**, Defendant shall either: (1) file an answer; (2) file a new motion to dismiss in accordance with the Court's Individual Practices in Civil Cases; or (3) file a letter with the Court stating that it relies on the previously filed motion to dismiss, ECF Nos. 25–27.

    SO ORDERED.

Dated: May 10, 2023
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge