USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/1/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robin Weeks, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

Authentic Brands Group Inc.,

                Defendant.

22 Civ. 9223 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 18, 2023, Defendant filed a motion to dismiss Plaintiff's complaint. ECF No. 25; *see* ECF Nos. 26–27. On May 9, 2023, Plaintiff filed an amended complaint. ECF No. 35. On May 31, 2023, Defendant filed a motion to dismiss Plaintiff's amended complaint. ECF No. 37; *see* ECF Nos. 38–39.

    Accordingly, by **June 22, 2023**, Plaintiff shall file her opposition papers. By **July 6, 2023**, Defendant shall file its reply, if any. The Clerk of Court is directed to terminate the motion at ECF No. 25.

    SO ORDERED.

Dated: June 1, 2023
       New York, New York

ANALISA TORRES
United States District Judge